JASON T. COOKSEY [SBN 208748]
WILLIAM D. BISHOP, JR. [SBN 232251]
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant, MV TRANSPORTATION, INC.


ALAN ADELMAN, ESQ., BAR NO.: 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 625-1339

ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
508 Forbes Avenue, 2nd Floor South
Yuba City, California 95991
Telephone: (530) 751-1695
Facsimile: (530) 751-2384

Attorneys for Plaintiff, MELISSA COOK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN J. JUDKINS,<br><br>Plaintiff,<br><br>vs.<br><br>MV TRANSPORTATION, INC.,<br><br>Defendant. | Case No. 2:09-cv-01073-MCE-KJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>**[F.R.C.P. 41(a)(1)(ii)]** |

///

///

///

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED: February 1, 2010           LAW OFFICE OF ELIZABETH S. MANCL


                                  By:   /s/ Elizabeth S. Mancl
                                     Elizabeth S. Mancl
                                     Attorneys for Plaintiff, JACQUELYN J. JUDKINS


DATED: February 1, 2010           SEYFARTH SHAW LLP


                                  By:   /s/ William D. Bishop, Jr.
                                     William D. Bishop, Jr.
                                     Attorneys for Defendant, MV TRANSPORTATION, INC.


**IT IS SO ORDERED.** The Clerk of Court is hereby directed to close the file.

Dated: February 3, 2010

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE

**STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]**
**Case No. 2:09-CV-01073-MCE-KJM**

2